# MINUTE ORDER

Page 12

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**   Date: 12/6/24   Time: 2:00 p.m.

| | |
|---|---|
| Defendant: Jingliang Su | J#: 13951-506   Case #: 24-MJ-4513-LOUIS |
| AUSA: Marc Chattah | Attorney: Eboni Blenman, AFPD |
| Violation: CD CA/WARRANT/COMPLAINT/Money Laundering | Surr/Arrest Date: 12/5/24   YOB: 1980 |
| Proceeding: Initial Appearance | CJA Appt: |
| Bond/PTD Held: ☐ Yes ☐ No | Recommended Bond: **Pretrial Detention** |
| Bond Set at: | Co-signed by: |

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ____

☐ Other: ____

Language: **Mandarin**

Disposition:
Defendant advised of his rights and charges; Defendant sworn.
**Ore tenus motion for court appointed counsel -GRANTED-.** AFPD appointed.
**Government ore tenus motion for Pretrial Detention hearing -GRANTED-. Defense ore tenus motion for Bond – DENIED-.**
**** BRADY ORDER NOT GIVEN ****

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
**PTD**/Bond Hearing: **12/11/24**   **1:00 pm**   **Duty**   **Miami**
Prelim/Arraign or **Removal**: "   "   "   "
Status Conference RE:
D.A.R. **14:06:05; 15:16:09**   Time in Court: **20 mins**

s/Lauren F. Louis                                             Magistrate Judge