# MINUTE ORDER

Page 3

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor        Date: 12/11/2024   Time: 1:00 p.m.

Defendant: **Jingliang Su**        J#: 13951-506        Case #: 24-MJ-4513-LOUIS
AUSA: Ali Comolli        Attorney: AFPD - Eboni Blenman
Violation: CD CA/Warrant/Complaint/Money Laundering        Surr/Arrest Date:    YOB:

Proceeding: Removal/Detention        CJA Appt:
Bond/PTD Held: ☐ Yes  ☑ No        Recommended Bond: Pretrial Detention
Bond Set at:        Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Mandarin

Disposition:
*Brady Order Not Given*

- Deft waived Removal
- Stip PTD w/ right to revisit in CD/CA
- Warrant of Removal issued
- Brady order given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:19:14        Time in Court: 5 minutes

s/Lisette Marie Reid        Magistrate Judge